UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MAGISTRATE JUDGE NO.
23-MJ-5049-JGD

UNITED STATES OF AMERICA

v.

ROBERTO TOLEDO SANCHEZ

**<u>MEMORANDUM AND ORDER OF DETENTION</u>**

February 7, 2023

DEIN, M.J.

      The defendant is charged in a criminal complaint with conspiracy to possess with intent to distribute and to distribute controlled substances, including 50 grams or more of methamphetamine, or 400 grams or more of fentanyl, in violation of 21 U.S.C. § 846. An initial appearance was held before this court on February 7, 2023, at which time the government moved for detention on the grounds that the defendant poses a danger to the community, and that detention was warranted pursuant to 18 U.S.C. § 3142(f)(1)(C). The defendant was represented by counsel.

      At the initial appearance the defendant, through counsel, notified the court that the defendant consented to the entry of an order of detention, without prejudice to his right to reopen the issue at a later date.

      Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing to consider the issue of pretrial detention, regardless whether there have been changed circumstances.

        / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge