UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 23-10038-FDS(sss) |
| ) | |
| ERISON JOSE CUELLO-NUNEZ, et al. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(b) the United States of America and counsels for the Defendants are hereby jointly filing the following status report prepared in connection with the Interim Status Conference that is scheduled for May 6, 2024.

On January 16, 2024, the grand jury returned a superseding indictment that named new defendants and additional charges. Defense counsel continue to review the voluminous discovery that has been produced to date. There are no outstanding discovery requests, or other issues to be resolved by the Court at this time. The government has had discussions with counsel representing all of the defendants regarding potential resolution.

At this stage, the parties request that the September 10, 2024, Final Status Conference be canceled and rescheduled in approximately 30 days. The parties agree to exclude all time between September 10, 2024, and the date of the Final Status Conference.

                                               Respectfully submitted,
                                               JOSHUA S. LEVY
                                               ACTING UNITED STATES ATTORNEY

By:    */s/ Leah B. Foley*
          Leah B. Foley
          Charles Dell'Anno
          Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for Defendants, who are a registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Date: September 9, 2024 | */s/ Charles Dell'Anno* <br> Charles Dell'Anno <br> Assistant United States Attorney |