UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | 23-10038-FDS |
| ROBERTO TOLEDO SANCHEZ, et al., ) | |
| ) | |
| Defendants. ) | |

# ORDER ON EXCLUDABLE DELAY

**SAYLOR, C.J.**

On March 24, 2025, the Court held a status conference and the parties indicated that they required additional time to prepare for trial and discuss potential resolutions to the case. A trial date was set for September 15, 2025. In order to permit further plea discussion and trial preparation, the Court will exclude the time through September 15, 2025.

The Court finds that "the ends of justice served by the granting of [the] continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). Therefore, the period of time from March 20, 2025, through September 15, 2025, is excluded under the Speedy Trial Act.

**So Ordered.**

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Dated: March 24, 2025        Chief Judge, United States District Court